Melissa M. Daniels
_____
Name

6221 Richards Dr
_____

Shawnee KS 66216
_____
Address

FILED

NOV 19 2024

Clerk, U.S. District Court
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Melissa M. Daniels , Plantiff
(Full Name)

V.

David Marchbanks , Defendant (s)
J. Juin, Keely Hader

CASE NO. _____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Melissa M. Daniels , is a citizen of Kansas
   (Plaintiff)                                    (State)

who presently resides at 6221 Richard Dr Shawnee KS 66216
                          (Mailing address or place

_____.
of confinement.)

2) Defendant David Marchbanks is a citizen of
          (Name of first defendant)

Olathe Kansas , and is employed as
        (City, State)

Johnson County Sheriff . At the time the
     (Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

He was and is currently a Sheriff for Johnson County
KS

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant ___J. Juiin_____ is a citizen of
(Name of second defendant)

___Overland Park Kansas_____, and is employed as
(City, state)

___Sgt  Overland Park Police department. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

He was and is currently a Sgt for Overland Park
police department

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

### B.  NATURE OF THE CASE

1) Briefly state the background of your case:

Stated as follows - See Attached

_____

_____

_____

_____

_____

_____

_____

2

Defendents

Defendent- Keely Rader is a citizen of Overland park, KS, and is employed as officer in overland Park police department, At the time the claim(s) alleged in the complaint arose was the defendant acting under the color of State law?

YES ☒ or NO ☐.

She was and is an officer for Overland Park police department.

# Nature of the Cause

①

On or about July 25th 2024 I pulled into McDonalds at 7404 W 75th St. I parked my car next to a Red dodge Ram truck I put my car into park, turned it off but before I was able to exit my vehichle a Joco Sheriff pulled in behind me blocking me in. The red truck that was parked next to me took off at a high rate of speed. Immediately following that I was ordered out of my car by gun point by Officer Marchbanks. I was told to put my hands above my head and walk backwards to the sound of his voice, upon doing so Officer marchbanks put me in handcuffs and brought me to the hood of his car where he proceeded to pat me down. He asked if "I had anything illegal on me and I told him "yes". He asked if what I had that was illegal was in my right front pocket as he reached into said pocket and removed it. He removed a bag of Methamphetemines. He then asked if there was anything else and I told him yes but it was in my bra. He told me he would call a female officer to remove it. I was then sat down on the curb to await the arrival of the female other.

② 

# Nature of the Cause

Officer Marchbanks began to search my car and its contents. After his search was complete he came over to read me my rights. Upon the completion of that Officer Marchbanks informed me he would be seizing both my Pink + White Iphone and my black android phone... With the facts stated herin, I believe that the officer's acting under the color of law engaged in the activity of an illegal search and seizure without probable cause of my person and property thus violating my fourth ammendment constitutional rights.

Officer Rader showed up to search my person and remove the remainder of the drugs from my bra. Officer Juin, Officer Rader and I discussed leaving my car on the private property of McDonalds at 7404 W 75th st. I was able to obtain a phone number from my phone before its seizure. Officer Juin then counted the money in my possesion that was obtained from my purse which totaled $400.00 I watched Officer Juin bag it up. Following that I was placed in Officer Raders squad car and taken to the Adult Detention Center in Olathe KS where I was booked in to wait to see a judge for Possesion of Methamphetemines

③

## Nature of the Causes

Upon the arrival of the other two officers Rader and Juin they failed to intervene with the illegal arrest and unlawful detention of my person. Officer Juin was also making handgestures in the motion of cutting his throat towards Sheriff marchbanks at one point in an attempt to silence or stop what was taking place but officer marchbanks continued to act unconstitutional and proceeded with arresting me and having me forced into the state of unlawful ~~detention~~ detention.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Illegal seizure of my person and property without probable cause violating my 4th ammendment constitutional right's

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Officers pulled on to private property where I was parked and at gun point removed me from my vehicle for an Illegal search of my person + property then arressted me.

B) (1) Count II: Illegal Arrest

(2) Supporting Facts: Officers Arrested me after an Illegal search + seizure of my person + property without probable cause Ksa 22-2401

3

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

(D) count 4

unlawful detention

Supporting facts - officers arrested me after an Illegal search and seizure of my person and property and then detained me at the adult detention center in Olathe Ks.

KSA 48-3022

C) (1) Count III: _failure to intervene_

(2) Supporting Facts: _Officers failed to prevent Sheriff Marchbanks from conducting an Illegal search & Seizure of my person + property._

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐  No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a)  Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b)  Name of court and docket number _____

        _____

    c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

        _____

    d)  Issues raised _____

        _____

4

e)  Approximate date of filing lawsuit ___11-15-2024___

f)  Approximate date of disposition _____

1)  I have previously sought informal or formal relief from the appropriate administrative

officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is

"Yes", briefly describe how relief was sought and the results. If you answer is "No",

briefly explain why administrative relief was not sought.

_____

_____

_____

_____

## 2)  REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief:

$50,000 in compensatory relief from each individual officers. Injunctive relief for each officers resignation and punitive damages to be determined by a Jury.

_____        _____
Signature of Attorney (if any)                    Signature of Plaintiff

_____        State of _Kansas_
                                 County of _Johnson_
                                            14th Nov   MELISSA M.
                                 Signed before me on _2024_ by _DANIELS_.

_____        _____
(Attorney's full address and telephone number)   Notary Public

                                            11-14-2024

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983
REX T. PAGE          5
Notary Public-State of Kansas
My Appt. Expires 08/16/27